## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREATEADS LLC<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GREETINGS CORPORATION.<br><br>    Defendant. | C.A. NO. 13-69-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CreateAds LLC and Defendant American Greetings Corporation, and subject to the approval of the Court, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all of Plaintiff's claims and Defendant's counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 19, 2015

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

BAYARD, PA

**ATTORNEYS FOR PLAINTIFF CREATEADS, LLC**

REED SMITH LLP

 /s/ Brian M. Rostocki
Brian M. Rostocki (No. 4599)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com

**ATTORNEYS FOR DEFENDANT AMERICAN GREETINGS CORPORATION**

IT IS SO ORDERED, this ___ day of February, 2015.

_____
THE HONORABLE GREGORY M. SLEET